William M. Zipperman, Appellee, v. Charles Wiltse and Myrtle Wiltse, Appellants.

Gen. No. 42,307.

opinion filed March 2, 1943. David A. Canel, W. J. Parish and V. A. Parish, for appellants; Harvey L. Cavender and H. H. Whittemore, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''